# Exhibit A

# STATE OF CONNECTICUT
# COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES



Paul J. West  
**COMPLAINANT**  CHRO Nos. 1910317  
                              2010039  
v.                            2010435  

City of Hartford              EEOC Nos. 16A-2019-00652  
**RESPONDENT**                16A-2019-01631  
                              16A-2020-00840  

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Complainant resides or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought in accordance with this release must be served on the Commission by email at ROJ@ct.gov or by regular U.S. mail at 450 Columbus Blvd. – Suite 2, Hartford, CT 06103 at the same time all other parties are served. Service by email is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:** May 22, 2020            _Tanya A. Hughes_  
                                  Tanya A. Hughes, Executive Director

cc: Norman A. Pattis, Esq., via email: npattis@pattisandsmith.com  
    John P. Shea, Jr., Esq., via email: john.shea@jacksonlewis.com